PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

*United States Courts*
*Southern District of Texas*
**FILED**
JUL 30 2020
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Gregory W. Brooks II   Spn # 02753347
Plaintiff's Name and ID Number

Harris County Jail
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

ATT: Lee H. Rosenthal

Harris County Jail = 701 North San Jacinto St. Houston Tx (Look this over)
Defendant's Name and Address

1201 Franklin St = District Attorney = Kim ogg = office 1201 Franklin St Houston Tx 77002
Defendant's Name and Address

1201 Franklin St = District Court House = 1201 Franklin St Houston Tx 77002
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _Dec, 19, 2019_
      2. Parties to previous lawsuit:
        Plaintiff(s) _Gregory W. Brooks I_
        Defendant(s) _Houston Police Department_
      3. Court: (If federal, name the district; if state, name the county.) _515 Rusk Ave - Southern District TX_
      4. Cause number: _4:19-cv-0501(_
      5. Name of judge to whom case was assigned: _N/A_
      6. Disposition: (Was the case dismissed, appealed, still pending?) _Dismissed without Prejudice_
      7. Approximate date of disposition: _N/A_

II. PLACE OF PRESENT CONFINEMENT: _Harris County Jail_

2

III.  **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.  **PARTIES TO THIS SUIT:**

A. Name and address of plaintiff: Gregory wade Brooks II
~~10581 Pueblo ST Las vegas NV 89183~~ (10581 pueblo springs ST Las vegas NV 89183)

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Harris county Jail

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See Attachment

Defendant #2: District Attorney

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See Attachment

Defendant #3: District Court = 1201 franklin ST

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See Attachment

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.  **STATEMENT OF CLAIM:**

3

LL052-8-16

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes</u>. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(See Attachment)

VI.  **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$200 Two hundred Dollers per second. (Payable in $20 Twenty Doller Gold Peaces at face value.)

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

facebook => Greg Brooks - (hustle hart shades)

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Spn# 02753347    TDCJ# 02250041

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?     ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): 515 Rusk Ave Houston Tx 77002
  2. Case number: H-20-1000
  3. Approximate date sanctions were imposed: N/A
  4. Have the sanctions been lifted or otherwise satisfied?      ___ YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _515 Rusk Ave Houston Tx 77002_
2. Case number: _H-20-1000_
3. Approximate date warning was issued: _N/A_

Executed on: _7/25/2020_
           DATE

_Gregory Wade Brooks II_
_[signature]_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___25th___ day of ___July___, 20 _20_.
    (Day)             (month)           (year)

_Gregory Wade Brooks II_
_[signature]_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

LL052-8-16
5

(Official - Document)

(6)   (JA07-5E2) 7/25/2020

Bible verse: 41:10

On the 7th month 24th, 2020 I was detained inside Harris County Jail. I was sent to a single man cell with no mat & no blanket for punishment. They don't give you any of your personal things on punishment. The cell they put me in was not sanitary & there's more. I was left in this cell for several hours. I got into a little more trouble that day with a 2nd Exp charge in house for the Jail. But I didn't really even brake the law on a free world level. it was done in private & she ask me to do it via (Lip Talk!) I can (read) (Lips) then she told on me. So I was set up & no one else saw me & I stoped when she said something. In other words I didn't brake the law. People know my case I'm fighting right now it's a failure to register as a sex offender charge & a 2nd Exp charge. I'm not guilty on these charges as well & I need help.

People act like they don't know the law on this matter so I've provided you a copy of the law with this letter. it has not changed that much since midevil time's in that can be found under (Ethic's & Tradition) or on google.

I've signed for time to get out of jail a few times (well lets say I'm going to sign to get out ok.) I don't like this place at all & I want to you time now to tell you the truth make it worst I'm an innocent man According to How the law is written on this matter.

(2)

I'm not going to write a novel I going to get strate to the point I've suffered crul + unusual Punishment + more. Check Jail Records from 7/24/2020 + 7/25/2020 on how long I was held in the Punishment cell. Please + I was not Allowed to eat my supper it was still left in my property.

You see I was moved twice + then I had the Ind Exp incedent with the guard which was not done Illegaly according to (Sec 21.98) of the Status + codes in Texas).

I need Help Because I've signed for time on Ind Exp several times in the past. I know it sounds stupid But I new I didn't Brake the Law. I sign for 10 Days + 16 Days Time served to go home + I didn't want to stay in Jail to fight a case. I still don't. I want out of this place Now it's crazy in H.C.J. I'm sueing for these five thing on this civil suit:

1. Wrongful imprisonment
2. Pain + suffering
3. Crul + unusual Punisnment
4. Slander + Defimation = (Sex offender reg stuff) = I'm Inocent    Sec. 21.08 = Status + codes
5. Violation of Due Process

1★ I never force myself on any woman to look at me if she show offensive Body language of say's stop it to me. (I Always stop!) next
2★ I'm Behind + hidden By a very large sign so No one in the community can see me + the Geographical lay out is take into consideration as well.
3★ People Have slandered my name + I'm a professional Trades man in IT Business. (I'm an Installer) (Plus I've followed the Law. I'm very Professional)

(3)

I'm going to go Ahead & finish up I know your very Busy on the Bench. This civil suit is one of several I've filed in the last few years here in Harris county. I don't mean to Abuse the Law suit filing privlage. But here is my thing every Law suit I've filed is a valid one. (Check Harris county Jail Records!) "Please!!"

There called me frivolous & more in these court Because of my Mental Health Background. Mental Health issues Do NOT Mean you are stupid or crazy. I Do struggle with Mental Health issues But I'm a very smart young man & well accomplished even thow I'm going throw this hardship of Homelessness & poverty in my life Yes I'm impovished. (I'm Indigent)

I'm Also in imminent Danger of serious physical Injury from Both having this sex offender charge & the Covid-19 pandemic. I'm still in Jail After several months with a 7500.00 Dollar Bail on my Bond & the Bail Bondsman only wants 300.00 Dollars to Bond me out. I can't Afford 300.00 Dollars.

Please understand I've had much Adversity in my life Look up my Work history Record SS1*6936, I'm Trophey's As far as I can tell & I'm not Just saying that to Look good too you. (I need your Help!!)

I'm Almost Done ok I know you have alot going on I'm sure & I Do understand these things I'm a pertessional my self in the IT installations world as you can see I have serveral skillz in my Background. I've Been Homeless & Dealing with getting Locked up & coming to Ho. Co. Js.

(I need you Help to get Back in the swing of things.)

David J. Bradley
CLERK OF COURT
P.O. Box 61010
Houston, Texas 77208

(4) (District court keeps reseting my court date=> civil suit!!)

At this time I have more like 37 civil suits that I can not afford to pay the court fee's on in court at this time. I asking for formus Pauperus Please! (Covid-19 has taken over the Jail at this time.)

✝

# I have a charge that compromises my saftey as well!!
  • 167437501 = fail to reg
  • 2307561O = Ind Exp
• Two charges that both don't look good on your record!!
• I'm an inocent man that just signed for time's (read the reports)
• I'm Alway Apropriate, I never broke the law.
  (Sec. 21.08. Ind Exp) = Case Law = Statues + codes
ⓐ A person commits a offense if he exposes his anus or Any part of his genitals with intent to arouse or gratify the sexual desire of any person, and he is <u>reckless</u> about whether another is present who will be offended or Alarmed by this Act.

b) An offense under this section is a class B misdemeanor.

I know you can get access to my record + ALL the police reports + on All of them it states that I'm holding a sign + doing this act behind the sign in private + Not Being Reckless in Retrospect to the community around me + the geographical Lay out of where I'm standing.
1 • Not one but the person I mean to show is shown = (No third party)
2 • I'm Private + Not Reckless with this act.
3 • If I'm asked to stop I Do!
to women ask me to do this act All the time in a private manner.

Gregory W Brooks II     Spn# 02153347     TDCJ# 02250041   X Gregory W Brooks II

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Gregory wade Brooks II
SPN: 02730147         Cell: 3A07-5E2
Street 701 North San Jacinto St
HOUSTON, TEXAS 77002

**aramark**

**INDIGENT**

7206310101 B001

FILED
JUL 30 2020
Clerk, U.S. District Court
Southern District of Texas

David J. Bradley, Clerk of Court

David Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208

US POSTAGE >> PITNEY BOWES
ZIP 77002
02 4W
0000368784 JUL 27 2020
$ 000.80⁰